IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| PETITION OF ACAY LAMPKINS | § | No. 396, 2017 |
| FOR A WRIT OF MANDAMUS | § | |

Submitted: October 23, 2017
Decided: October 25, 2017

## **O R D E R**

This 25th day of October 2017, it appears to the Court that, on October 10, 2017, the Senior Court Clerk issued a notice to the petitioner to show cause why his writ should not be dismissed as an inappropriate attempt to seek interlocutory review in a pending criminal case. The petitioner failed to respond to the notice to show cause within the required ten-day period. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the petitioner's writ is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice